# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| **In Re:** | **SANDRA SUE DENNEWITZ,** | : | Case No. 17-56256 |
| | | : | |
| | | : | Chapter 13 |
| | | : | |
| | Debtor. | : | Judge Charles M Caldwell. |

## NOTICE OF CHANGE OF ADDRESS OF DEBTOR

Now comes Debtor **SANDRA SUE DENNEWITZ** by and through the undersigned counsel, and respectfully provides this Honorable Court with notice of a change of address for the Debtor:

**Sandra Sue Dennewitz**
19898 Thompson Ridge Road
Laurelville, Ohio 43135

Respectfully submitted,

Dated: 1 December 2017

/s/ Mark Albert Herder
Mark Albert Herder (0061503)
Attorney for the Debtor
MARK ALBERT HERDER, LLC
1031 East Broad Street
Columbus, Ohio 43205
Tel.:    614.444.5290
Fax:    614.444.4446
markalbertherder@yahoo.com